Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Form 2

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Gary Leon Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

OMES Riskmanagement
Ronda Acton / see Attached

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CIV 24 857 SLP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [X] Yes [ ] No

FILED

AUG 20 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gary Williams
   Street Address: 2435 NE 10th St Apt 1
   City and County: Okla. City, OK 73117
   State and Zip Code: 405-223-8818
   Telephone Number: Williamsgary526@gmail
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: OMES Risk Management
- Job or Title (if known): 2401 N. Lincoln
- Street Address: Okla. City, OK 73105
- City and County: Suite 118
- State and Zip Code: 405-521-4999
- Telephone Number:
- E-mail Address (if known): ORR@omes.ok.gov

Defendant No. 2
- Name: Ronda Acton
- Job or Title (if known): Risk-management Coordinator
- Street Address: 2401 N. Lincoln
- City and County: Okla. City, OK 73105
- State and Zip Code: Suite 118
- Telephone Number: 405) 521-4999
- E-mail Address (if known): ORR@omes.ok.gov

Defendant No. 3
- Name: Vicki U. Booth
- Job or Title (if known): President and Board Chair
- Street Address: 3310 West End Avenue, Suite 700
- City and County: Nashville, Tennessee 37203
- State and Zip Code: 1-615-269-8175
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Peter F. Lyle
- Job or Title (if known): Executive Vice President
- Street Address: 3310 West End Avenue, Suite 700
- City and County: Nashville, Tennessee 37203
- State and Zip Code: 615-269-8175
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

75 Okla. Stat. §250.1

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Todd J. Meredith, is a citizen of the State of *(name)* Nashville. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **Healthcare Realty Trust**, is incorporated under the laws of the State of (name) **Oklahoma**, and has its principal place of business in the State of (name) **Oklahoma City**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because (explain):

**Noneconomic Damages**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On I was false arrested on July 27, 2021 at Integris Baptist Hospital, was detained for over 2 plus years in the Oklahoma County Jail awaiting trail, and on August 23, 2023 I was forced to plead to several counts that weren't committed and all of this was possible with gross neglect of the administration procedures laws not done by the defendant.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I incurred a fractured nose and several stitches, also have been diagnosed with PTSD by physician, also having to continue care about nose damage with a physician, Plaintiff in this request the honorable court Grant noneconomic Damages, Post-Judgement with the Periodic Payment of Future Damages, also add the contempt fine.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-20-24

Signature of Plaintiff: Gary Williams
Printed Name of Plaintiff: Gary Williams

### B. For Attorneys

Date of signing: 8-20-24

Signature of Attorney: Gary Williams
Printed Name of Attorney: Gary Williams
Bar Number:
Name of Law Firm:
Street Address: 2435 NE 10th St Apt 1
State and Zip Code: Okla. City, OK 73117
Telephone Number: 405) 223-8918
E-mail Address: williamsgary526@gmail