## Probable Cause Affidavit
### Continuation Sheet

Arrested Last Name: **WILLIAMS**          First: **GARY**          M.I. **L**

I activated my emergency lights to make a traffic stop and have suspect vehicle pull over. The suspect vehicle was a silver Volvo SUV with no tag. The vehicle was in the far right lane and was straddling lane lines. The vehicle failed to yield so I activated my siren as well. The vehicle started changing lanes and initiated a pursuit. The vehicle continued northbound on N. Classen Blvd. running through a red turn signal to go westbound on NW Expressway. As the vehicle approached the red traffic signal light at NW Expressway and I-44, the vehicle nearly hit a stopped vehicle in the intersection. The vehicle continued to N. Independence Ave where the vehicle went south and then turned into the main entrance of the Integris Baptist hospital on the east side. The vehicle went behind the round-about. I pulled my vehicle around to the south side of the round-about where I thought the suspect was going to flee into the hospital. I saw people running into the hospital. When I passed the round-about, ==I observed the suspect vehicle coming straight towards my car. I sped up to avoid a collision. The suspect had the ability to deviate to the left avoiding my patrol, however the suspect turned his vehicle to the right causing him to collide with the passenger side of my patrol car.==

The suspect vehicle then accelerated and intentionally crashed the vehicle into the main sliding doors of the hospital. There were several people in the bay area of the patient drop off area as well inside the atrium where the suspect drove his vehicle into. One individual was an elderly male that was within a couple feet of the suspect vehicle hitting him. The suspect was tased and taken into custody without further incident. It was later found that the suspect was (AR) Gary Williams who did not have a valid drivers license.

FILED

4:49 pm, Sep 20, 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: EW, Deputy Clerk

Officer: _____          Commission Number: 2089



**Probable Cause Affidavit**    PC-2021-5302

**Arrested Person**    County: OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

Last Name: WILLIAMS    First: GARY    MI: L

DOB: ▓▓▓▓ 1983    SS#: ▓▓▓-▓▓-3304    Arrest Date: 07/27/2021    JUL 29 2021

Case #: 2021-0055869    Related Case #: 2021-0055867    RICK WARREN COURT CLERK

19____

**Offense** (Warrantless arrest for State Felony or misdemeanor Charge)
21-540A.B ENDANGERING OTHERS WHILE ELUDING POLICE OFFICER F AFCF - 1 PRIOR FELONY CONVICTION, 21-649.B BATTERY/ASSAULT & BATTERY ON POLICE OFFICER F (SIMPLE ASLT) AFCF - 1 PRIOR FELONY CONVICTION, 47-10.103 LEAVING SCENE OF ACCIDENT INVOLVING DAMAGE M AFCF - 1 PRIOR FELONY CONVICTION, 47-6.112 DRIVERS LICENSE TO BE CARRIED M AFCF - 1 PRIOR FELONY CONVICTION, 21-1760.A2 MALICIOUS INJURY TO PROPERTY >= $1000 F (DAMAGE PROP) AFCF - 1 PRIOR FELONY CONVICTION, 47-11.201.A DISREGARD TRAFFIC CONTROL DEVICE AFCF - 1 PRIOR FELONY CONVICTION

**Synopsis of arrest to include all elements of the charged crime:**
On 7/27/21 at 2140 hours, I was dispatched to a hit and run vehicle that was being followed near NW 13th St. and N. Classen Blvd., Oklahoma City, Oklahoma County. The call kept updating saying calling party was still following northbound on N. Classen Blvd. and running red lights. I was able to catch up to the suspect vehicle near NW 39th St. and N. Classen Blvd.

I swear the above information is true and correct to the best of my knowledge and belief.

Officer: _____    Commission #: 2089

State of Oklahoma ) ss.
County of Oklahoma )

Subscribed and sworn to before me this 28 day of July, 2021.

My Commission Expires: 07-12-22

Notary Public: Kathleen Z.

I have reviewed the above information and believe necessary elements exist for an arrest based on probable cause.

Supervisor: SHAW, TAYLOR    Commission #: 1327

This court having conducted a probable cause determination for the above named person's arrest without a warrant finds:

☒ Probable cause for the person's arrest existed at the time of the arrest.
☒ Arraignment before a Magistrate is ordered

☐ Probable cause for the person's arrest did NOT exist at the time of the arrest. The person is ordered released from custody immediately.

Done this 28 day of July, 2021, at 11:30 AM

Exhibit 2

IN THE DISTRICT COURT OF OKLAHOMA COUNTY - STATE OF OKLAHOMA

REV. 01-2017

THE STATE OF OKLAHOMA, ) Case No. CF-2021-1954
vs. ) CF-2021-3261
_____ ) C___-_____-_____
_____ ) C___-_____-_____

## DISTRICT ATTORNEY PROSECUTION REIMBURSEMENT NOTICE
22 O.S. 991a (A)(1)/22 O.S. 991c

NAME: _____ DOB: 11/22/1983

ADDRESS: _____

HOME PHONE #: _____ CELL PHONE # _____

DATE OF SENTENCE: 8/23/23    YEARS/TYPE OF SENTENCE: ~~xxxxxxxxx~~ 8 3/5

____ DEPARTMENT OF CORRECTIONS    ____ OPS (Oklahoma Probation Services)

X COMMUNITY SENTENCING    ____ OTHER

In accordance with Title 22 O.S. 991a(A)(1)/22 O.S. 991c, you are hereby **ORDERED** to pay a prosecution reimbursement fee in the amount of forty dollars ($40.00) (cash, money order or credit/debit card) per month for the first two (2) years of your probation. This payment will begin thirty (30) days from today's date.

180

Payments may be mailed or delivered to:

Oklahoma County District Attorney's Office
Attn: DA Reimbursement Department
320 Robert S. Kerr, STE 505
Oklahoma City, Ok 73102

Payment options:

1. **MONEY ORDER** payable to: OKDA-991
2. GOVPAYNOW.COM
   Credit Card~PLC #4239
   1(888) 604-7888
3. **CASH** (do not mail cash)

DATED this 23 day of August, 2023

_____        _____
Assistant District Attorney              District Judge

_____
Attorney for Defendant

_____
Defendant

WHITE-DISTRICT COURT    YELLOW-DISTRICT ATTORNEY    PINK-REIMBURSEMENT DEPT    GOLD-DEFENDANT