**INTEGRIS HEALTH**

2601 N Spencer Rd
Oklahoma City OK 73084

Williams, Gary
MRN: 204111989, DOB: ▓▓▓▓ 1983, Sex: M

## 03/20/2021 - Admission (Discharged) in INTEGRIS Mental Health - Spencer - Adult I

**Discharge Summary Notes**

### Visit Information

| Date & Time | Department | Encounter # |
|---|---|---|
| 3/20/2021 11:15 AM | INTEGRIS Mental Health - Spencer - Adult I | 30150499117 |

Exhibit #13

Discharge Summary by Thuy Hong Thi Nguyen, MD at 03/22/21 0736

| Author: Thuy Hong Thi Nguyen, MD | Service: Psychiatry | Author Type: Physician |
|---|---|---|
| Filed: 03/23/21 0827 | Date of Service: 03/22/21 0736 | Status: Signed |
| Editor: Thuy Hong Thi Nguyen, MD (Physician) | | |

**Williams, Gary #204111989 (Acct:603661411) (37 y.o. M)**    SPN ADULT I-0082-0082-B

### Admission Information

| Date & Time | Department | Dept. Phone |
|---|---|---|
| 3/20/2021 | INTEGRIS Mental Health - Spencer - Adult I | 405-427-2441 |

Discharge Summary

MRN: 204111989

Admit date: 3/20/2021

Indication for Admission: Psychosis

Referring Physician: ER

Attending Physician: No att. providers found

PCP: NO PCP PROVIDER

Consult: Case Managment

Discharge Diagnoses:
**Active Hospital Problems**
  Diagnosis
- **Principal - Psychosis**
- **Methamphetamine use disorder, severe**
- **Opiate abuse, continuous**
- **Cannabis use disorder, mild, abuse**

**Resolved Hospital Problems**
No resolved problems to display.

Hospital Course: Gary Williams is a 37 y.o. male who presented to the ER with psychosis. His UDS is positive for amphetamines and opiates. he was medically stabilized and transferred to IMH, Spencer for further treatment. Gary Williams was admitted under suicide precautions and transitioned to close observation for self harm as he began to progress in treatment. A review of his outpatient medications was done and he was started on Clonidine 0.1 mg po BID for anxiety/concentration. He reports the wellbutrin was not helping him.

Gary Williams was able to attend group therapy, milieu therapy, recreational therapy and reported significant benefit from them. At the end of her hospital stay, Gary Williams was no longer suicidal, had no homicidal thoughts, had no evidence of psychosis and was deemed to have

**INTEGRIS HEALTH**
2601 N Spencer Rd
Oklahoma City OK 73084

Williams, Gary
MRN: 204111989, DOB: ███ 1983, Sex: M

### 03/20/2021 - Admission (Discharged) in INTEGRIS Mental Health - Spencer - Adult I (continued)

**Discharge Summary Notes (continued)**

reached maximum therapeutic benefit. Gary Williams was discharged as a routine discharge.

Met with patient, denies si/hi/avh, stressed importance of medication compliance, follow up with physician, and continue to use coping skills. Patient reports he has "life" to live for. Patient reports he gets paranoid when his is using methamphetamines. Discussed inpatient rehab and he said he will go to rehab on his own as he has things to take care of. He is medication seeking for Ativan.

**Discharge Exam:**

**Mental Status Exam:**
Orientation: To Person, Place, Time, and Situation
Appearance: Stated Age, Well groomed
Mood: "good"
Affect: full
Thought Process/Associations: Logical and linear
Thought Content: denies si/hi/avh
Attn/Concentration: Good
Judgement/Insight: Fair

**Visit Vitals**
BP          101/69 (BP Location: Right arm)
Pulse       (!) 101
Temp        36.3 °C (97.4 °F) (Temporal)
Resp        17
Ht          185.4 cm (6' 0.99")
Wt          65.5 kg (144 lb 8 oz)
SpO2        99%
BMI         19.07 kg/m²

Discharge date: 3/23/2021

Discharging Physician: Thuy Hong Thi Nguyen, MD

Discharge Condition: Stable

Disposition: Home or Self-Care [01].

### Your Medications

**START taking these medications**
cloNIDine 0.1 MG tablet
Take 1 tablet (0.1 mg) by mouth 2 (two) times a day for 15 days. Indications: concentration/anxiety.
Commonly known as: Catapres

United States District Court
Western District of Oklahoma

Gary Williams  )  Case No.
Petitioner,    )  CIV-24-857SLP
v.             )
Shelley Zumwalt - OMES )
Risk-management )
Respondent.

Exhibit No. 13

This is a Signature/Date for the following Exhibits to be filed

Date
9-26-2024

Signature -
X Gary Williams
Gary Williams