# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY LEON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-857-SLP |
| OMES RISK MANAGEMENT, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 13th day of December, 2024, this action is DISMISSED without prejudice.

ENTERED this 13th day of December, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE